UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20684-CR-LENARD/TURNOFF

**UNITED STATES OF AMERICA**,

        Plaintiff,

vs.

**FRANKIE MEDRANO**,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 37)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge William C. Turnoff ("Report," D.E. 37), issued on January 19, 2010, recommending that Defendant Frankie Medrano's Motion to Suppress Post Arrest Statements and Items Found Inside 2007 Ford Automobile (D.E. 22) and Supplemental Motion (D.E. 31) be denied. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    1.    The Report of the Magistrate Judge (D.E. 37), issued on January 19, 2010, is **ADOPTED**.

    2.    Defendant Medrano's Motion to Suppress Post Arrest Statements and Items Found Inside 2007 Ford Automobile (D.E. 22) and Supplemental Motion (D.E. 31) are **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of February, 2010.

                                                **JOAN A. LENARD**
                                                **UNITED STATES DISTRICT JUDGE**